AO 436
(Rev. 04/13)

*Read Instructions.*

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
# AUDIO RECORDING ORDER

| 1. NAME | 2. PHONE NUMBER | 3. EMAIL ADDRESS |
|---|---|---|
| Claire Simonich | (213) 894-4786 | claire_simonich@fd.org |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 321 E. Second Street | Los Angeles | CA | 90012 |

| 8. CASE NUMBER | 9. CASE NAME | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 19-MJ-294 | Wei Xu | 10. FROM 2/6/2019 | 11. TO 2/6/2019 |

| 12. PRESIDING JUDGE | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Alexander F. MacKinnon | 13. CITY Los Angeles | 14. STATE CA |

## 15. ORDER FOR

- ☐ APPEAL
- ☒ CRIMINAL
- ☐ CRIMINAL JUSTICE ACT
- ☐ BANKRUPTCY
- ☐ NON-APPEAL
- ☐ CIVIL
- ☐ IN FORMA PAUPERIS
- ☐ OTHER *(Specify)*

## 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | Initial Appearance | |
| ☐ BAIL HEARING | | | |

## 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☒ RECORDABLE COMPACT DISC - CD | 1 | |
| ☐ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| **ESTIMATE TOTAL** | | 0.00 |

CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| /s/ Claire Simonich | 2/8/2019 |

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY